1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444           E-Filed 12/18/09
7  /lc
8  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAROLD E. GREGORY, JR., | No.: C09-01422 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1
STIPULATION AND ORDER

```
 1                                      JOSEPH P. RUSSONIELLO
 2                                      United States Attorney
 3
 4
 5   Dated:  December 18, 2009           /s/_____
 6                                      LEO R. MONTENEGRO
                                        Special Assistant U.S. Attorney
 7
 8
 9
10   Dated:  December 18, 2009           /s/_____
                                        HARVEY P. SACKETT
11                                      Attorney for Plaintiff
                                        HAROLD E. GREGORY, JR.
12
13
14   IT IS SO ORDERED.
15
16                                      *Ronald M. Whyte* (signature)
     Dated:  12/18/09                   _____
17                                      HONORABLE RONALD M. WHYTE
                                        United States District Judge
18
19
20
21
22
23
24
25
26
27
28
                                          2
     STIPULATION AND ORDER
```